STATE OF NEBRASKA, APPELLEE, v. BILL MULLEN,
APPELLANT.
197 N. W. 2d 651
Filed May 19, 1972. No. 38344.

Bill Mullen, pro se.

Clarence A. H. Meyer, Attorney General, and Melvin K. Kammerlohr, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

SMITH, J.
Affirmed. See Rule 20.

AFFIRMED.